THE HONORABLE ROBERT S. LASNIK

11-CV-01076-BOND

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO ROMAN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant and Counter-claimant. | Case No. CV 11-1076 RSL <br><br> IN ADMIRALTY <br><br> CONSENT JUDGMENT |

STUART DELERY
Acting Assistant Attorney General
JENNY A. DURKAN
United States Attorney
KERRY KEEFE
Chief, Civil Division
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
VICKEY L. QUINN
Trial Attorney
U.S. Department of Justice
Box 36028, 450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6645
Facsimile: (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

Attorneys for Defendant and Counter-claimant
UNITED STATES OF AMERICA

CONSENT JUDGMENT
Case No. CV 11-1076 RSL

1

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA 94102, (415) 436-6645

The above captioned action having been compromised, it is, upon the subjoined consents of counsel

ORDERED AND ADJUDGED that defendant, United States of America, shall pay to Law Offices of John W. Merriam, in trust for plaintiff Julio Roman, the sum of Sixteen Thousand Dollars and No Cents ($16,000.00), without interest and without fees and costs.

IT IS SO ORDERED.

Dated: July 17, 2012

UNITED STATES DISTRICT JUDGE

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: July __11__, 2012

STUART DELERY
Acting Assistant Attorney General
JENNY A. DURKAN
United States Attorney
KERRY KEEFE
Assistant United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant and Counter-claimant
UNITED STATES OF AMERICA

Dated: July __15__, 2012

Attorney at Law

JOHN W. MERRIAM

Attorney for Plaintiff
Julio Roman

CONSENT JUDGMENT
Case No. CV 11-1076 RSL

2

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA 94102, (415) 436-6645